**AFFIRMED; Opinion Filed January 21, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00721-CR
No. 05-13-00722-CR

**CARL CLAUDE CAVER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-57915-M, F10-57916-M**

## MEMORANDUM OPINION

Before Justices Moseley, Bridges, and Evans
Opinion by Justice Evans

Carl Claude Caver waived a jury and pleaded guilty to possession with intent to deliver methamphetamine in an amount of four grams or more but less than 200 grams and unlawful possession of a firearm by a felon. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.112(a), (d) (West 2010); TEX. PENAL CODE ANN. § 46.04(a) (West 2011). In each case, the trial court also found one enhancement paragraph true. The trial court assessed punishment at fifteen years' imprisonment for the drug conviction and ten years' imprisonment for the firearm conviction. On appeal, appellant's attorney filed a brief in which he concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S.

738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.


/David Evans/
DAVID EVANS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
130721F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CARL CLAUDE CAVER, Appellant

No. 05-13-00721-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the 194th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F10-57915-M).
Opinion delivered by Justice Evans,
Justices Moseley and Bridges participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered January 21, 2014.

/David Evans/
DAVID EVANS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CARL CLAUDE CAVER, Appellant

No. 05-13-00722-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 194th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F10-57916-M).
Opinion delivered by Justice Evans,
Justices Moseley and Bridges participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered January 21, 2014.

/David Evans/
DAVID EVANS
JUSTICE

-4-